**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6946**

FIDEL VILLARREAL,

Petitioner - Appellant,

v.

R. M. WOLFE,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:22-cv-00131-JPB)

Submitted:  March 28, 2024                                Decided:  April 1, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed as modified by unpublished per curiam opinion.

Fidel Villarreal, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fidel Villarreal, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Villarreal's 28 U.S.C. § 2241 petition in which Villarreal challenged the execution of his sentence. We affirm on the ground that Villarreal failed to exhaust his administrative remedies, *Villarreal v. Wolfe*, No. 5:22-cv-00131-JPB (N.D.W. Va. Aug. 8, 2022), but we modify the order to reflect that the dismissal is without prejudice, *see* 28 U.S.C. § 2106; *Timms v. Johns*, 627 F.3d 525, 530-33 (4th Cir. 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*